*Master Bill of Lading, Ships Manifest Non-Negotiable Bill of Exceptions and <u>Notice of Interlocutory Appeal from the district court of the united states for the southern district of new york to the circuit court of the united states for the southern district of new york</u> questioning the validity of these colorable quasi-in rem admiralty and maritime prize proceedings*

barclay, leshawn m. d/b/a LESHAWN M. BARCLAY, Moor beneficiary A private People called Moor americas aboriginal ohioian national "but not a citizen of the united states for the district of columbia and its insular possessions or enclaves (federal) Nor a Citizen of the united states of america in congress assembled and its several states of the union (confederacy) a Noble Emperor, Master Merchant, Master Mason a Piloter, a Mariner, High Priest, God and Commander, Bonafide Owner Maritime Lienholder of all vessels,chattels, goods, cargo, charters, estates, commodities, ports, ports of lading, bills of lading, forts, accounts, credits, booty, convoys, bonds, stocks etc. navigating waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, In the Original equal justice being rendered in Admiralty and Maritime jurisdiction by nature law of nations *Claimant/Libellant/Suitor, CAPTAIN AND COMMANDER of my heirs barclay, jeremiah darnell, barclay noah sencer robert, lynch, malakai levi, lynch, enzo horus, barclay, jahbari*

*versus*

*Libelee(s) privateers,pirates,lobbyists, foreign agents in libel*

**mcGookey, beverly k d/b/a BEVERLY K. MCGOOKEY**

**judge/lobbyist/privateer/pirate et al.,**

**binette, roger e d/b/a ROGER E. BINETTE**
**judge/lobbyist/privateer/pirate et al.,**

**tone, tygh m. d/b/a TYGH M. TONE**
**judge/lobbyist/privateer/pirate et al.,**

**lilly, paulette d/b/a PAULETTE LILLY**
**prosecutor/attorney/lobbyist/privateer et al**

**baxter, kevin j d/b/a KEVIN J BAXTER**
**prosecutor/attorney/lobbyist/privateer et al**

**cooper, jacob d/b/a JACOB COOPER**
**deputy probation officer/attorney/lobbyist/privateer et al**

**delmatre, robert c d/b/a  ROBERT DELAMATRE**

judge/lobbyist/privateer/pirate et al.,

burley, betty j d/b/a BETTY J. BURLEY 0087017
Prosecutor/attorney/lobbyist/privateer for children services et al.,

Schultz, michelle d/b/a MICHELLE SCHULTZ
facilitator/pirate/privateer/lobbyist et al.,

gilbert, ashley d/b/a ASHLEY GILBERT
supervisor/pirate/privateer/lobbyist et al.,

schoch, karly d/b/a KARLY SCHOCH
caseworker/pirate/privateer/lobbyist et al.,

Feizkhah, sharareh d/b/a SHARAREH FEIZKHAH
caseworker/pirate/privateer/lobbyist et al.,

james, patty d/b/a PATTY JAMES
coach/pirate/privateer/lobbyist et al.,

clyburn, emeline d/b/a EMELINE CLYBURN
supervisor/pirate/privateer/lobbyist et al.,

cruz, carissa d/b/a CARISSA CRUZ
officer/pirate/privateer/lobbyist et al.,

lamb, brian d/b/a BRIAN LAMB
attorney/pirate/privateer/lobbyist et al.,

newell-hancock, beverly d/b/a BEVERLY NEWELL-HANCOCK
attorney/pirate/privateer/lobbyist et al.,

simmons, jolene d/b/a JOLENE SIMMONS
pirate/privateer/custodian/lobbyist et al.,

pace, raquel d/b/a RAQUEL PACE
pirate/privateer/lobbyist et al.,

lynch, jody d/b/a JODY LYNCH
pirate/privateer/lobbyist/custodian et al.,

barclay, kim y. d/b/a KIM YEVETTE BARCLAY
custodian/pirate/privateer/lobbyist et al.,

**barclay, lashantee e. d/b/a/ LASHANTEE ELIZABETH MARIE YEVETTE BARCLAY**
custodian/pirate/privateer/lobbyist et al.,

**codeluppi, ryan d/b/a RYAN CODELUPPI**
caseworker/pirate/privateer/lobbyist et al.,

**cooper, teron d/b/a TERON COOPER**
pirate/privateer/lobbyist et al.,

**lill, aj d/b/a AJ LILL**
**Director of job and family services/pirate/privateer/lobbyist et al.,**

**To: livingston, debra ann, d/b/a DEBRA ANN LIVINGSTON chief judge of the circuit court of the united states for the southern district of new york et al., Consignee and wolfe, catherine o'hagan d/b/a CATHERINE O'HAGAN WOLFE clerk of the circuit court of the united states for the southern district of new york consignee et al., A people bound by oath to be persons worthy of trust, trustee, fiduciary who i entrusted to discharge your duties faithfully while in office of trust and perform your ministerial duties in good faith a pure heart and good conscious of the king,** "*He who comes in equity with clean hands*" "*Equity imputes an intent to fufill an obligation*"

40 Foley Square,
New York, New York Near: [44870]

RE: barclay v. Leshawn Maurice Barclay Estate et al., Trust Vessel Case # **23cv10272**

### Notice of Interlocutory Appeal to the circuit court of the united states for the southern district of new york in admiralty and maritime jurisdiction by nature law of nations

### Bill of Exceptions, Precipe of the court

**Draws into question the validity and construction of any and all state and federal statutes and whether its repugnant to the constitution, treaties, laws of the united states affecting or against the private rights, title of an Ipso Jure Moor Subject and Private People called Moor who is Subject of the Al Maroc Shereefian Empire**

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity of the 39th 40th and 41st congress and its construction of the United States for the district of columbia its laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Federal Rules of Appellate Procedure, United States Code,Title 42, Federal Reserve Bank,

FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, POLICE PRECINCTS, OHIO REVISED CODE, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States art III section clause 1 and Art.VI, 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : Affirm or Deny

Your orator draws into question the validity and construction of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character, in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as COURT OF COMMON PLEAS OF ERIE COUNTY "IN THE UNITED STATES DISTRICT COURT ", "UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT", INFERIOR COURTS, namely, JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA. And Whether they are repugnant to the constitution of the united states, Treaties or laws of the United States? Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored", and farcical enforcing rules that do not apply to prize proceedings in admiralty by nature law of nations nor are they in tune with YOUR Trust Indenture or the Treaties of the Al Maroc Shereefian Empire?**

I also draw into question the validity and construction of the 1945 charter of the united nations (Hague Convention) and statute of the International Court of Justice, UN declaration of human rights, rights of indigenous people its pandemic treaties, arbitration, 1938 Foreign Registration Act and whether its repugnant and against the constitution of the united states, the general acts of congress the laws of the united states, 1786/1836 Treaty of Marrakech Article II, 1781 Articles of Confederation Article IV, VI,IX, XII,XIII affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire? Affirm or Denyu

**Dear Clerk, "equity acts in personam"**

This Master Bill of Lading is a bill of Exceptions and notice of Interlocutory appeal to the Pennsylvania supreme court from the erie county court of common pleas, Precipice of the court DENYING and OBJECTING

to this whole corporate/federal demonstration, I Deny and Object to being a Pauper, Vagabond, fugitive from justice , indigent etc. All the above named libelees/privateers are guilty of looting in contravention on their own volition which nullifies their federal demonstration. and all other colorable quasi forms, application, Orders, Corporate board meetings In the colorable quasi in rem admiralty and maritime venue known as the united states for the district of columbia styled as COURT OF COMMON PLEAS OF ERIE COUNTY, UNITED STATES DISTRICT COURT, AND UNITED STATES COURT OF APPEALS FOR FOR THE FEDERAL CIRCUIT ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA and its hostile and belligerent piratical privateers in insurrection and rebellion in contravention against the constitution of the united states and the law of nations (TREATIES) and the general acts of congress as citizens of the united states for the district of columbia who take commissions and wear enemy colors issuing letters of marque/reprisal without the consent of congress and prize proceedings that does not Apply in admiralty which is void ab initio. Without **"Federal/State Rules of Civil Procedures and Federal/State Rules of Appellate Procedures"** or any colorable corporal punishment statutes that applies only to corporations, persons and partnerships and those takes oaths to such corporate trusts **"equity will not aid the volunteer",** I also object and deny being a Trustee a Surety for another for I am an Ipso Jure Moor Subject of an Empire. **"Equity regards the beneficiary as the True owner"  I also Deny being a pro se, appellant for I am in Propria Personam Sui juris. Its extremely Tyrannical to compel by force a Moor Subject of an Empire under legal Compulsion to comply with any and all corporate administrative non substantive due process  of War!** "He who comes into equity must come with clean hands".

I have been Confederated against by hostile and belligerent christian enemies of the united states for the district of columbia masquerading as Citizens of the united states of North America and suffered assaults and beatings on the High Seas and elsewhere as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire under legal compulsion which is very unbecoming. My rights Protected by Mercantile/Maritime Treaties have been breached by christian enemies who took oaths to demean themselves and I have suffered irreparable harm beyond repair to the point of destruction using acts of attainder to work the corruption of blood and I am without speedy restoration in the Original admiralty and maritime jurisdiction by nature law of nations. So I hereby Require a this court and its People who are bound by oath to be Persons Worthy of Trust who i entrust to discharge their duties faithfully while in office of Trust to the best of your abilities according to your oaths of office in which you are hereby bound so i can receive adequate equal justice being rendered on to me *Equity will not allow a statute to be used as a cloak for fraud"*. *I barclay, leshawn in propria personam sui juris Libellant a Private People called Moors americas aboriginal (ohioan) national, grantee/grantor/beneficiary a Emperor, Master Merchant, a Seaman a Piloter, a Mariner, a Commander, Captain, Ambassador at large, Bona Fide Owner Maritime lienholder of all vessels, cargo, estates, chattels, charters,vassals, goods, merchandise, convoys, ships, ports of lading, seaports, docks, cases everything in the land, air and water etc and Subject of the Al Maroc Shereefian Empire but Not a citizen/employee/crewmen of the united states for the district of columbia enemy ships and its insular possessions (federal) nor a Citizen of the united states of america in congress and its several states of the union (confederacy) In the Original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations. Pursuant To 1824 Treaty of Tunis Article XII, constitution of the united states article III section II subsection 1 and Article VI and Article I section 8 clause 10, 17, 1781 Articles of confederation Art IV,VI, IX, XI, XII, XIII*

**I Deny** *any and all equal justice being rendered in colorable quasi-in rem admiralty whose prize proceedings is inapplicable in admiralty and maritime jurisdiction by nature because my equal justice being rendered in the original admiralty and maritime jurisdiction by nature in Personam ONLY Title is Superior*

I deny paying any duties whatsoever and I never will entertain the idea of doing as such therefore I Deny being a pauper, vagabond and a fugitive from justice in breach of art IV of the 1781 Articles of Confederation. My

master bill of lading was shipped With a Proof of Consideration That must be tendered on special deposit with the clerk in Trust Account Number **2023-CR0094, 2022-CR0280, 2023-CR0916**. *"Equity will not complete an imperfect gift."* 1796 Treaty of Tripoli Article V, X to the port of entry by the agent of Post office (consignor) and then received by the clerk(s) of your courts as the Consignee (carrier) received and landed on the dock known as port of entry or port of lading and was given a tracking number, aka Docket Number (a Trust (Arises). *"Equity imputes an intent to fulfill an obligation."* Thus, your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels,cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me Through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me, as I am god (generator, operator, destroyer) and Lord and you are my servants by oath which you volunteered to by your own consent, so, YOU are now bound; Common Law Applies to Trustee(s), if Not, i require You show good cause that it does not Apply To YOU. *"Equity does not aid the volunteer."* You Trustees should all know that justice should be rendered freely without denial and without delay without being obliged to pay exclusive of costs. Keep in mind anything less than obeying your Trust Indenture will constitute unjust enrichment *"Equity will not complete an imperfect gift", "Equity delights to do justice and not by halves"*

Furthermore, court of common pleas and its belligerent trustees/privateers made a **palpable error and Obstruction of Justice** because the state of Ohio is a puppet state by military conquest and belligerent blockade in France Territory. Furthermore Treaties states that Moors are not subject to any type of tribute, tax, remunerations or duties whatsoever and I can never be judged by any citizens only by my Peers only ipso jure Moor Subjects of the Shereefian Empire. My bill of lading clearly expresses that my suit is in admiralty so, I require that you make sure your co-trustees correct the action because my rights are being irreparably destroyed beyond repair as an Ipso Jure Moor Subject of an Empire .Your Orator has clearly been Subjected to Assaults and Beatings on the High Seas and elsewhere in Personam Only and I deny filling out any Corporate applications/forms nor will I pay nor am I'm obligated to pay for any transcripts for those are your obligations to pay any all debts against the United States and any of them that YOU owe to me for my Special Civil Cause by I suitor barclay, leshawn a People called Moor beneficiary *in personam only* to be included with leshawn Barclay Estate as my armor of God Trust vessel. If not  SHOW GOOD CAUSE why the named Leshawn M. Barclay is not a Trust? And why these **colorable** proceedings are not **marque legislation through executive fiat** using doctrines like scandal at *Watergate, clearfield doctrine and chevron doctrine*.

   **Substantive Facts**

   Take notice of section 32 of **The Judiciary Act; September 24, 1789, 1 Stat. 73.** <mark>of your Trust Indenture</mark> Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively

shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. **"Equity looks to the intent, and will regard substance rather than form."**

**Contravention legal definition:** *is an action that violates a law, treaty, or other ruling. The act of contravening a rule, regulation, or law, or of not fulfilling an obligation, promise, or agreement.*
*YOU/YOUR: means an Individual who owes a debt to the United States within the scope of the Trust Indenture you took an oath too*

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. **(Breached in the past)**

SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found,

shall suffer death. **(Breached in the past)**

SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. **(Breached in the past) Are the actions of the** magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) **in tune with their Trust Indenture or the Treaties of the Al Maroc Shereefian Empire?**

**SEC . 25.** And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ

of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the

proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912** *This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* **"He who comes into equity must come with clean hands"**

**1781 Articles of Confederation Article VI:**

No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility. ***Breached in the past***

No two or more States shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue. ***Breached in the past***

No State shall lay any imposts or duties, which may interfere with any stipulations in treaties, entered into by the United States in Congress assembled, with any King, Prince or State, in pursuance of any treaties already proposed by Congress, to the courts of France and Spain. ***Breached in the past***

No vessel of war shall be kept up in time of peace by any State, except such number only, as shall be deemed necessary by the United States in Congress assembled, for the defense of such State, or its trade; nor shall any body of forces be kept up by any State in time of peace, except such number only, as in the judgement of the United States in Congress assembled, shall be deemed requisite to garrison the forts

necessary for the defense of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutered, and shall provide and constantly have ready for use, in public stores, a due number of filed pieces and tents, and a proper quantity of arms, ammunition and camp equipage. ***Breached in the past***

No State shall engage in any war without the consent of the United States in Congress assembled, unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States in Congress assembled can be consulted; nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States in Congress assembled, and then only against the Kingdom or State and the subjects thereof, against which war has been so declared, and under such regulations as shall be established by the United States in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States in Congress assembled shall determine otherwise. ***Breached in the Past….***

***1789 constitution of the united states Article III Section 2 subsection 1***

*The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;*—to Controversies between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and *foreign States*, Citizens or ***Subjects.***

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The district courts shall have original jurisdiction, exclusive of the courts of the States, of **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize. Including bankruptcy dealing with citizens of the united states for the district of columbia and their belligerent crew members who taken oaths to demean themselves.

## The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; ***and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or***

*trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States*. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury."***Equity Imputes an intent to fulfill an obligation" "Substantive due process of war***

*SEC . 11*. And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

SEC . 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together

with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

**SEC . 33.** *And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerkÂ's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.*

### Justice thomas opinion

First, **"substantive due process exalts judges at the expense of the People from whom they derive their authority**."Ibid. Because the Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). **The Court divines new rights in line with "its own, extra constitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.** Thornburgh v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

<u>Substantive Due Process of War</u>

<u>Terms and Conditions</u>

**FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.**

**Third**, *The word "person" shall be held to apply to partnerships and corporations, unless .such*

construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense . **Fourth**. Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable .
**Fifth**. Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance .
**Sixth**. The words "insane person" and "lunatic" shall include every idiot, non compos, lunatic, and insane person .

## LAWS REMAINING IN FORCE.

SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code . **Breached in the past**

**1781 Articles of confederation a Perpetual Union article XII:** All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged. **Breached in the Past**

**1786/1836 Treaty of Marrakech Article XXIV.** If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them. **Breached in the Past**

**1786/1836 Treaty of Marrakech Article XXII.** If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands
of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof. **Breached in the Past**

**1786/1836 Treaty of Marrakech article IV.** A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of

*either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.***Breached in the Past**

*1786/1836 Treaty of Marrakech* **Article II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article VI.** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall*

not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.**"Breached in the past"**....

**1786/1836 Treaty of Marrakech Article XXIV.** *If any differences shall arise by either Party infringing on any of the*
Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.**"Breached in the past"**...

**1795 Treaty of Algiers Article III.** *The Vessels of both Nations shall pass each other without any impediment or Molestation and all Goods monies or Passengers of whatsoever Nation that may be on board of the Vessels belonging to either Party Shall be considered as inviolable and shall be allowed to pass unmolested.* **Breached in the Past**

**Treaty of Algiers Article XV.** *Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.*

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past.**

**The Jay Treaty of 1794 Article XXI.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be*
taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate. **"Breached in the past"**...

whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty. The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two

*nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a people by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

All People bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

Therefore, with the above declaration of facts given, I, barclay, leshawn, a People called Moor aboriginal beneficiary *a Emperor, Merchant, a Seaman a Piloter, a Mariner, a Commander and Master Mason, Bonafide Owner of all vessels, cargo, estates, chattels, charters, estates, convoys, vassals, merchandise, goods, ships* and Subject of the Al Maroc Shereefian Empire respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (3) three days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, and the status and standing of the People called Moor beneficiary to a current exclusive equitable admiralty and maritime cause. **"equity imputes an intent to fulfill an obligation".**

## *BE YEE PERFECT*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed:_____12/20_____, 2023.

. By:__*barclay, leshawn maurice*_____

**barclay, leshawn** *grantee/grantor/heir/beneficiary*
a private people called Moor /americas aboriginal ohian national, ingress in ohio "*but not citizen of the united states for the district of columbia,*

*nor the Citizen of the united states of america in congress assembled."*

barclayleshawn@gmail.com
**Special deposit , Private, Priority**

### WITNESSES

_____*ridley, christine*_____          _____*blackwel , jerome*_____
**Print Witness**

*Equity sees that as done what ought to be done.*

**BE YEE PERFECT**

*In Conclusion Silence is Acquiescence to these stipulations and Acquiescence to these stipulations is Pro Confesso* (*He who is silent, though he had foreseen them, seems to agree.*)

"*So It Is Written, So Shall It Be Done*", It is SO ORDERED or BE IT RESOLVED ………..

**Govern yourself accordingly I LOVE YOU ALL!!**

### PROOF OF SERVICE

I Declare that the forgoing instrument (**Bill of Exceptions in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations**) was served upon court of the common pleas of erie county for the special court clerk to the above cause of record herein on , ____12/20/2023_____.

The parties were served via:

___ Post office Mail             ___ Facsimile         ___ Hand Delivery ___UPS

___ Federal Express       ___ Other     _X__ E-File                    ___ Email

By**:**___*barclay leshawn maurice*_____Moor beneficiary