UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN MAURICE BARCLAY,<br><br>                           Plaintiff,<br><br>-against-<br><br>WEBB, JEREMIAH DARNELL ESTATE, ETAL.,<br><br>                           Defendants. | 23-CV-10272 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 11, 2024
            New York, New York

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                   Chief United States District Judge